IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TYLER LEE IMMEL**                                                                             **PLAINTIFF**
**#202300151**

v.                       Case No: 3:24-cv-00025 BRW-PSH

**SHEILA ROBERTSON,** *et al.*                                            **DEFENDANTS**

## **ORDER**

On February 15, 2024, United States Magistrate Judge Patricia Harris entered an order informing Mr. Immel that he must file an amended complaint within 30 days.[1] Mr. Immel was warned that his complaint may be dismissed if he did not file an amended complaint. It has been over 30 days since Mr. Immel was directed to file an amended complaint, and he has not done so. Accordingly, this case is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[2]

IT IS SO ORDERED this 9th day of April, 2024.

                                                          BILLY ROY WILSON
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

[2] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).