# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TYLER LEE IMMEL**                                                            **PLAINTIFF**
**#202300151**

v.                       Case No: 3:24-cv-00025 BRW

**SHEILA ROBERTSON,** *et al.*                                    **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 9th day of April, 2024.

                                                              _____BILLY ROY WILSON_____
                                                              UNITED STATES DISTRICT JUDGE